**No. 43531.**—Protest 897274–G of Kwong Kee Jan & Co. (San Francisco).

Opinion by DALLINGER, J. It was stipulated that the tea containers in question are household utensils or hollow or flat ware chiefly used for utilitarian purposes.

The claim at 40 percent under paragraph 339 was sustained. Abstracts 21739 and 32040 cited.